LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
717 Washington St., 2d Floor
Oakland CA 94607
Tel:  (510) 452-8400
Fax:  (510) 201-2084
erik@babcocklawoffice.com

Attorney for Petitioner
KEITH NESBITT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 21-cr-00181 VC |
| Plaintiff, | **STIPULATION AND ~~PROSED~~ ORDER TO CONTINUE TIME FOR FILING PETITION FOR ANCILLARY PROCEEDING** |
| v. | |
| MIN JIN ZHAO, | |
| Defendant. | |
| and | |
| KEITH NESBIT, | |
| Claimant. | |

Claimant Keith Nesbitt, by and through his counsel, and the United States, by and through

undersigned counsel, hereby stipulate and agree as follows:

Claimant has indicated that he may file a petition for an ancillary proceeding with respect to the

property named in the amended motion for forfeiture. See Dkt. No. 73. The Court has granted two prior

30 day extensions between the parties allowing potential claimant Nesbit to file a claim as late as August

18, 2023. Dkt. No. 82, 85.

The government and potential claimant Nesbitt agree that additional time is needed to discuss the case, including any proposed resolution as well as questions of discovery. See Fed. R. Crim. P. 32.2(c); 21 U.S.C. §§ 853(m), (n). To that end, the parties stipulate and agree that the deadline for claimant Nesbitt's time to file a petition for an ancillary proceeding may be extended to September 18, 2023, subject to the approval of the Court.

**SO STIPULATED**.

Respectfully submitted,

ISMAEL RAMSEY
United States Attorney

DATED: August 18, 2023

/S/
CHRIS KALTSIS
Assistant U.S. Attorney

DATED: August 18, 2023

/S/
ERIK BABCOCK
Attorney for Keith Nesbitt

~~PROPOSED~~ ORDER

Good cause appearing, **IT IS SO ORDERED**.

DATED:   8/22/2023

HONORABLE VINCE CHHABRIA
United States District Judge